```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. LIM (Cal. Bar No. 292406)
Assistant United States Attorney
     United States Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3538
     Facsimile: (714) 338-3561
     E-mail:   Daniel.lim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>KHANH KIM NGUYEN,<br><br>    Defendant. | No. 8:22-mj-00374-DUTY<br><br>[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The criminal complaint and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

```
 May 20, 2022                    /s/ John D. Early
 DATE                            HON. JOHN D. EARLY
                                 UNITED STATES MAGISTRATE JUDGE
```

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                                                           HON. JOHN D. EARLY
                                                                                     UNITED STATES MAGISTRATE JUDGE

2