FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Khanh           Nguyen<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>8:22 mj 374-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/25/2022   6:05   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1957

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Joey A. Johnson

10. Remarks (if any): _____

11. Name: Gary Cher   (please print)

12. Office Phone Number: 310-294-4927        13. Agency: FBI

14. Signature: _____                     15. Date: 05/25/2022

CR-64 (05/18)              REPORT COMMENCING CRIMINAL ACTION