*United States Probation & Pretrial Services*

United States District Court
Central District of California

F I L E D
CLERK, U.S. DISTRICT COURT
5/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No:   7955901

passport # 496462340

**Passport Receipt**

| | |
|---|---|
| Defendant Name: | Khanh Kim Nguyen |
| Name on passport, if different: | N/A |
| Country of Origin: | USA |
| Date passport issued: | 11/02/2012 |
| Expiration date of passport: | 11/01/2022 |

Ordered by court in the Central District of California or

Docket Number:               8:22-00374M-1

_____[signature]_____
Surrendered By

5/26/22
Date

_____[signature: Elise Weller]_____
Received By

5/26/2022
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned

Address (if mailed)