TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. LIM (Cal. Bar No. 292406)
Assistant United States Attorneys
Santa Ana Branch Section
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3538
    Facsimile: (714) 338-3708
    E-mail:  daniel.lim@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 8:22-mj-374-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF APPEARANCE BY ELECTRONIC FILING |
| KHANH KIM NGUYEN, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, respectfully submits the Notice of Appearance for the following additional attorney by electronic filing:

| | Name | E-mail Address |
|---|---|---|
| **Additional Assigned AUSA** | DANIEL S. LIM | Daniel.Lim@usdoj.gov |

//

//

1

1        Please make all necessary changes to the court's Case

2    Management/Electronic Case Filing system to ensure that **DANIEL S. LIM**

3    is associated with this case and receives all e-mails relating to

4    filings in this case.

5    Dated: May 27, 2022                Respectfully submitted,

6                                                  TRACY L. WILKISON
          United States Attorney

7

8                                                  BENJAMIN R. BARRON
          Assistant United States Attorney
          Chief, Santa Ana Branch Office

9

10                                        /s/
          _____
11        DANIEL S. LIM
          Assistant United States Attorney

12        Attorneys for Plaintiff
          UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2