# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:22-CR-00088-DOC         Recorder: CS 06/27/2022         Date: 06/27/2022

Present: The Honorable Douglas F. McCormick, U.S. Magistrate Judge

Court Clerk: Nancy Boehme                     Assistant U.S. Attorney: Melissa Rabbani

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KHANH KIM NGUYEN<br>Bond | Kenneth Reed, CJA<br>Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant and counsel present. Court continues Post Indictment Arraignement to July 11, 2022, at 10:00 am in Courtroom 6A before Judge Spaeth. Vietnamese interpreter needed for defendant.

PIA: 00 : 01
Initials of Deputy Clerk: nb

CR-85 (09/12)                              CRIMINAL MINUTES - ARRAIGNMENT                              Page 1 of 1