# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:22-CR-00088-DOC   Recorder: CS 07/11/2022   Date: 07/11/2022

Present: The Honorable Autumn D. Spaeth, U.S. Magistrate Judge

Court Clerk: Kristee Hopkins   Assistant U.S. Attorney: Daniel Lim

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KHANH KIM NGUYEN<br>Bond | Kenneth A. Reed, Panel Appointed | Vietnamese | Phiho Stotelmyre |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 9/6/2022 at 8:30 AM
    Status Conference 8/8/2022 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 4-5 days.

PIA: 00 : 06
Initials of Deputy Clerk: kh

cc: Statistics Clerk, PSALA PSASA